**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.   23-cr-394-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DARIO EZEKEIAL RICHARD SANCHEZ,

    Defendant.

## INDICTMENT

The Grand Jury charges:

### COUNT 1

On or about May 7, 2022, in the State and District of Colorado, the defendant, DARIO EZEKEIAL RICHARD SANCHEZ, knowingly made a false statement and representation to Modern Arms & Optics LLC, a person licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Modern Arms & Optics LLC, in that the defendant DARIO EZEKEIAL RICHARD SANCHEZ executed and submitted to Modern Arms & Optics LLC a United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473 Firearms Transaction Record in connection with acquisition of a Glock model G19x 9MM caliber handgun bearing serial number BWGX499, stating that D.L. was the actual transferee/buyer of a firearm when as the defendant well knew, D.L. was not the

actual transferee/buyer of the firearm but the defendant was the transferee/buyer.

All in violation of Title 18, United States Code, Section 924(a)(1)(A).

## Forfeiture Allegation

1. The allegations contained in Count 1 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

2. Upon conviction of the violation(s) described in paragraph 1 above, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearm involved in the commission of the offense, including but not limited to the following: (1) a Glock model G19x 9MM caliber handgun bearing serial number BWGX499.

3. If any of the property described in paragraph 2 above, as a result of any act or omission of the defendant:

    a) cannot be located upon the exercise of due diligence;
    b) has been transferred or sold to, or deposited with, a third party;
    c) has been placed beyond the jurisdiction of the Court;
    d) has been substantially diminished in value; or
    e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property.

A TRUE BILL:

<u>Ink signature on file in Clerk's Office</u>
FOREPERSON

COLE FINEGAN
United States Attorney

By: <u>*s/ Albert Buchman*</u>
ALBERT BUCHMAN
Assistant United States Attorney
United States Attorney's Office
1801 California St., Suite 1600
Denver, Colorado  80202
Telephone: (303) 454-0100
Fax: (303) 454-0406
E-mail: al.buchman@usdoj.gov